# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS VASQUEZ-VEGA,<br><br>　　　　　　　　Defendant. | Case No. 19-CR-3185 BTM<br><br>**ORDER DISMISSING INFORMATION WITHOUT PREJUDICE**<br><br>The Honorable Barry Ted Moskowitz |

Based on the motion of the United States to dismiss this case without prejudice, and in light of the interests of justice, it is hereby ordered that the information in the above-entitled action be dismissed without prejudice.

**SO ORDERED.**

Dated: September 14, 2020

_____
Honorable Barry Ted Moskowitz
United States District Court